**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| W.L. Jackson and Jerrie L. Jackson | No.   11-31395 |
| Debtor | Hon.  A. Benjamin Goldgar |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 30, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Punit Marwaha and Marilyn O. Marshall on August 30, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

W.L. Jackson and Jerrie L. Jackson
8500 South Saginaw
Chicago, IL 60617

Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604

Punit Marwaha
The Semrad Law Firm, LLC
20 S Clark Street, 28th Floor
Chicago, IL 60603